UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 30 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

JAMIE LABRANCHE,                )
                                )
            Plaintiff,          )
                                )
    v.                          )       Civil Action No. 20-2768 (UNA)
                                )
DONALD J. TRUMP, *et al.*,      )
                                )
            Defendants.         )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint.

A *pro se* litigant's pleadings are held to less stringent standards than would be applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

This plaintiff demands an award of $3,352,787.69 for reasons that are unclear. Mentioned are two cases plaintiff filed in the United States Court of Appeals for the Fifth Circuit, the alleged destruction of documents submitted to the Fifth Circuit for *in camera* review, and crimes allegedly committed by the President of the United States and other federal government officials. The complaint fails to include a short and plain statement of a claim showing that the plaintiff is entitled to relief of any kind.

The Court concludes that the complaint, as drafted, does not meet the minimal pleading standard set forth in Rule 8. Accordingly, the complaint and this civil action will be dismissed without prejudice, and the plaintiff's application to proceed *in forma pauperis* will be granted. An Order is issued separately.

DATE: September 30, 2020                    /s/
                                            RUDOLPH CONTRERAS
                                            United States District Judge